IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED NATIONAL INSURANCE
CO., et al.,
            Plaintiffs,

v.

AON LTD., et al.,
            Defendants.

Civ. No. 04-539

**ORDER**

AND NOW, this 24th day of July, 2009, for the reasons stated in the accompanying opinion, it is hereby ORDERED that plaintiffs' Motion to Alter or Amend the Judgment (docket no. 216) is hereby GRANTED, pursuant to Fed. R. Civ. P. 59(e) and Pennsylvania law.  The Judgment Order of December 4, 2008 (docket no. 213), awarding damages of $23,872,126.00, is hereby AMENDED to add an additional $8,299,984.59 in interest payable to plaintiffs, for a total judgment of $32,172,110.59.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.