IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED NATIONAL INSURANCE CO., et al., <br><br>    Plaintiffs, <br><br> v. <br><br> AON LTD., et al., <br><br>    Defendants. | Civ. No. 04-539 |

**ORDER**

AND NOW, this 24th day of July, 2009, for the reasons stated in the accompanying opinion, defendants' Motion for Judgment as a Matter of Law or for a New Trial (docket no. 217) is hereby DENIED.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.