

**ROPES & GRAY**

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

February 1, 2011

Jerome C. Katz
T +1 212 596 9054
F +1 646 728 1846
jerome.katz@ropesgray.com



RECEIVED FEB 23 2011 By____

Office of the Clerk of the Court
U.S. District Court
Eastern District of Pennsylvania
James A. Byrne Federal Courthouse
601 Market Street, Room 2609
Philadelphia, Pennsylvania 19106-7704

    Re:    United National Insurance Company et al. v. Aon Limited et al.
            (Civil Action No. 04-CV-539 (LHP))

Dear Sirs:

    This firm represents the plaintiffs. On or about May 26, 2009, we submitted a Bill of Costs with supporting documentation. The Bill of Costs is still pending. Please be advised that this action (including the appeal currently before the U.S. Court of Appeals, Third Circuit) has now been settled in its entirety and Stipulations of Voluntary Dismissal are being filed both with your office and the Third Circuit clerk's office. It is therefore unnecessary for the Bill of Costs to be ruled upon and we ask that you take no action upon it. Thank you.

                          Sincerely,

                          Jerome C. Katz

JCK:ep

cc: All counsel