# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-3302

United Natl Ins Co, et al v. AON Ltd, et al

2-04-cv-00539

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 2/28/2011

A True Copy

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

Jerome C. Katz Esq.
William K. Perry Esq.
Alan J. Sorkowitz Esq.
Susan A. Stone Esq.
Constantine L. Trela Jr. Esq.