UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, DIAMOND STATE INSURANCE COMPANY and UNITED NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AON LIMITED, ALEXANDER HOWDEN LIMITED and ALEXANDER HOWDEN NORTH AMERICA, INC.,<br><br>Defendants. | No. 04-CV-539 (LHP) |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for all the parties to this action, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.Proc., that this action shall be and hereby is voluntarily dismissed in its entirety, with prejudice and without costs, disbursements or other relief to any party.

No party to this action is a minor, an incapacitated person, or a decedent's estate in which a minor or incapacitated person has an interest.

Appellate bond No. 6648481 (Surety: Safeco Insurance Company of America), filed by the defendants in this case, shall be and hereby is released and discharged, and may be closed.

Dated: January 31, 2011

ROPES & GRAY LLP

By: _____
Jerome C. Katz

1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000
Attorneys for Plaintiffs

SIDLEY AUSTIN LLP

By: _____
Alan J. Sorkowitz

787 Seventh Avenue
New York, New York 10019
(212) 839-5300
Attorneys for Defendants

SO ORDERED:

_____
Louis H. Pollak, U.S.D.J.

3/1/11